**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Che Jaron DURBIN, Defendant–
Appellant.**

**No. 01–7676.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

Che Jaron Durbin, Pro Se. Donna Carol Sanger, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Che Jaron Durbin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Durbin,* Nos. CR–99–440; CA–01–1808 (D. Md. filed July 31, 2001; entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*